# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| NORMAN FAVORS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  7:14-cv-01733-KOB-HGD |
| ) | |
| OFFICER KEITH GATES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 17, 2016, recommending that the court grant the defendants' motion for summary judgment. (Doc. 36).  Although the court advised the parties of their right to file specific written objections within fourteen days, no party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby ADOPTED and the recommendation is ACCEPTED.  The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law.  Accordingly, the defendants' motion for summary judgment is due to be GRANTED.

The court will enter a separate Final Judgment.

The plaintiff's "Motion for Pre-Settlement Conference" (doc. 35) is DENIED as MOOT.

DONE and ORDERED this 20th day of March, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE